1 | Boris Zelkind (State Bar No. 214,014)
Boris.Zelkind@kmob.com
2 | Marc T. Morley (State Bar No. 211,242)
Marc.Morley@kmob.com
3 | Jeremy R. Pierce (State Bar No. 246,961)
Jeremy.Pierce@kmob.com
4 | Nicholas R. Transier (State Bar No. 265,211)
Nick.Transier@kmob.com
5 | KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
6 | San Diego, CA 92101
Phone: (619) 235-8550
7 | Facsimile: (619) 235-0176

8 | Attorneys for Plaintiff, 99¢ ONLY STORES

FILED
CLERK, U.S. DISTRICT COURT

APR   8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

11 |          IN THE UNITED STATES DISTRICT COURT

12 |        FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 |                 SOUTHERN DIVISION

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation, | Civil Action No. SACV09-00440 CBM (SHx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONED** |
| 99¢ STORE, a California company, GHALEB KHAAS, an Individual, and DOES 1-20, INCLUSIVE, | Date: Time: Ctrm: |
| Defendants. | **Hon. Consuelo B. Marshall** |

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Defendants
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:   4/8/11

DEPUTY CLERK

1    This Court, having heard Plaintiff 99¢ Only Stores' ("99¢") Motion for
2  Order to Show Cause Why Defendants Should Not be Held in Contempt and/or
3  Sanctioned ("Motion"), reviewed all documents in support of the Motion, and
4  for good cause being shown, granted said Motion on January 10, 2011.
5    IT IS FURTHER ORDERED THAT:
6    Defendants 99¢ Store and Ghaleb Khaas shall appear before this Court at
7  312 north spring st., U.S. Court House Courtroom # 2 _____, on May 2, 2011 at 10:00 ____ [a.m./p.m.] of
8  that day or as soon thereafter so Defendants can be heard as to why an Order
9  should not be made and entered as follows:
10    1) Holding defendants 99¢ Store and Ghaleb Khaas ("Defendants") in
11  contempt of Court for failing to comply with the Court's Default Judgment
12  [Document No. 21] ("Judgment") and Order Granting Plaintiff Attorney's Fees
13  Following Default [Document No. 36] ("Fee Order");
14    2) Ordering defendants 99¢ Store and Ghaleb Khaas to immediately
15  remove and destroy all building signs, directional signs, monument signs,
16  banners, advertising media, menus, business cards, brochures, interior décor,
17  shopping carts, bags, merchandise stickers, cash register receipts, employee
18  aprons, shirts, name tags, letterhead, purchase orders and websites that contain
19  the infringing mark in accordance with the Judgment ("Infringing Materials")
20  from all businesses or properties in the Defendants' control or possession, and
21  to notify the Court of compliance within 14 days of the Court's Contempt Order
22  (the "Compliance Period");
23    3) In the event that Defendants fail to timely comply with ¶ 2, above,
24  ordering defendants 99¢ Store and Ghaleb Khaas to allow 99¢, or an agent
25  thereof, to enter Defendants' premises at 903 South Bristol Street, Santa Ana,
26  CA 92703, and under supervision of the United States Marshals Service, to
27  seize, take custody of and dispose of the Infringing Materials, including the
28  forced removal of any infringing store signage;

-1-

4) Ordering defendants 99¢ Store and Ghaleb Khaas to immediately pay to 99¢ the monetary award as set out in the Fee Order plus a reasonable rate of interest of _____% annually (compounded daily) to be assessed from the date of the Fee Order to the date of full payment of the monetary awards in accordance with this Contempt Order;

5) Ordering defendants 99¢ Store and Ghaleb Khaas to pay 99¢'s attorneys' fees and costs, in the amount of $17,252.11, for additional enforcement efforts subsequent to the Fee Order and resulting from Defendants' failure to comply with the Judgment and Fee Order. *See* Statement of Fees and Costs Associated with Enforcement of Judgment and Court Order [Document No. 44];

6) Ordering defendants 99¢ Store and Ghaleb Khaas to reimburse 99¢ for costs incurred in seizing the Infringing Materials, pursuant to ¶ 3, above, including any fees to the U.S. Marshals Service;

7) Ordering defendants 99¢ Store and Ghaleb Khaas to hold 99¢, or any agent thereof, and the U.S. Marshals Service harmless for any damages caused by compliance with ¶ 3 of this Order and to indemnify 99¢, or any agent thereof, and the U.S. Marshals Service for any third-party claims arising out of compliance with said paragraph;

8) Sanctioning defendants 99¢ Store and Ghaleb Khaas for failure to comply with either ¶ 2 or ¶ 4, above, in the amount of $_____ per day until Defendants are in complete compliance with the Judgment, Fee Order and any subsequent court order.

/ / /

/ / /

/ / /

/ / /

/ / /

9)  Ordering  such  other  relief  that  is  just  and  proper  under  the circumstances.

**IT IS SO ORDERED.**

Dated: _April 6, 2011_

_____

Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUGDGE